# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| **FIDELITY BROKERAGE SERVICES LLC,**<br>900 Salem Street<br>Smithfield, RI 02917,<br><br>           Plaintiff,<br><br>   v.<br><br>**JENNIFER TAYLOR,**<br>606 Prairie Avenue<br>Glen Ellyn, IL 60137<br><br>           Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:    CASE NO. 1:20-cv-2133<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## **PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION**

Plaintiff Fidelity Brokerage Services LLC ("Fidelity"), by and through its undersigned counsel, and for the reasons stated in the accompanying memorandum of law and other supporting documents, respectfully requests that the Court enter a preliminary injunction against the Defendant providing for the relief sought in Fidelity's proposed Order.

Dated: April 3, 2020
                                                       Respectfully submitted,

                                                       FISHER & PHILLIPS LLP

                                                     /s/ Joel W. Rice
                                                     Joel W. Rice
                                                     Franklin Z. Wolf
                                                     10 South Wacker Drive, Suite 3450
                                                     Chicago, IL 60606
                                                     TEL: (312) 346-8061
                                                     FAX: (312) 346-3179
                                                     jrice@fisherphillips.com
                                                     fwolf@fisherphillips.com

FP 37485514.1