UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.2
Eastern Division

Fidelity Brokerage Services, LLC.
                                    Plaintiff,

v.                                                             Case No.: 1:20−cv−02133
                                                              Honorable John J. Tharp Jr.

Jennifer Taylor
                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, June 3, 2020:

      MINUTE entry before the Honorable John J. Tharp, Jr: The defendant's motion to quash subpoena [32] is granted in part and denied in part. Production of documents subject to the subpoena shall be made in compliance with Rule 45(c)(2). It seems likely that Plaintiff's subpoena sought production in Pennsylvania in the anticipation that documents would be mailed or electronically produced, such that the site of production was not material; that is routine practice. It is difficult to imagine that Fairview has a bona fide objection to mailing or emailing documents to Plaintiff's counsel, but if it does, it has the right to insist on compliance with the rule. It is also difficult to imagine that this kerfuffle could not have been resolved between the parties with a phone call rather than a motion. Though not required by the letter of Local Rule 37.2 in this specific context, the Court expects that for any motion relating to discovery, the parties will make a good faith effort to resolve the dispute themselves before resorting to motion practice. Going forward, any discovery motion must comply with the requirements of Local Rule 37.2. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.