# EXHIBIT G

TO FAIRHAVEN WEALTH MANAGEMENT'S
OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL

**Zachary Mulcrone**

| | |
|---|---|
| **From:** | Sohil Shah <SShah@Polsinelli.com> |
| **Sent:** | Friday, October 30, 2020 4:55 PM |
| **To:** | Guerette, Susan |
| **Subject:** | RE: Taylor |

Susan,

I've been in a weeklong AAA arbitration that wrapped up yesterday evening, and am catching up on my emails. Do you have time Monday or Tuesday to discuss?

Thanks,
Sohil

**Sohil Shah**
*Associate*

sshah@polsinelli.com

**312.463.6319**
150 N. Riverside Plaza, Suite 3000
Chicago, IL 60606

*"Tier One: Nationally ranked for Commercial Litigation,
U.S.News and World Report's 2019 'Best Law Firms'"*



Polsinelli PC, Polsinelli LLP in California

polsinelli.com

---

**From:** Guerette, Susan <sguerette@fisherphillips.com>
**Sent:** Tuesday, October 27, 2020 2:55 PM
**To:** Sohil Shah <SShah@Polsinelli.com>
**Cc:** Guerette, Susan <sguerette@fisherphillips.com>
**Subject:** Taylor

**EXTERNAL EMAIL**  sguerette@fisherphillips.com

Sohil,

Could you please let me know some time over the next two days when you would be able to meet and confer regarding outstanding issues relating to Fidelity's subpoena directed to Fairhaven?

Regards,
Susan