# EXHIBIT C

## Zachary Mulcrone

**From:** Huicochea, Elodia <Elodia.Huicochea@finra.org>
**Sent:** Thursday, January 13, 2022 1:32 PM
**To:** 'Guerette, Susan'; Chris Griesmeyer
**Subject:** RE: FINRA Case ID 20-01110 Fidelity Brokerage Services LLC vs. Jennifer Allison Taylor

Thank you for the prompt response.

Kind Regards,

Elodia Huicochea
Senior Case Specialist, Midwest Regional Office

---

**From:** Guerette, Susan <sguerette@fisherphillips.com>
**Sent:** Wednesday, January 12, 2022 11:01 AM
**To:** Huicochea, Elodia <Elodia.Huicochea@finra.org>; 'cgriesmeyer@grglegal.com' <cgriesmeyer@grglegal.com>
**Cc:** Guerette, Susan <sguerette@fisherphillips.com>
**Subject:** FW: FINRA Case ID 20-01110 Fidelity Brokerage Services LLC vs. Jennifer Allison Taylor

**EXTERNAL:** Verify sender before opening attachments or links.

---

Good morning, it is acceptable to Fidelity to proceed on the regular arbitration route.

Regards,
Susan

---

**From:** Huicochea, Elodia <Elodia.Huicochea@finra.org>
**Sent:** Monday, January 10, 2022 1:46 PM
**To:** Guerette, Susan <sguerette@fisherphillips.com>; 'cgriesmeyer@grglegal.com' <cgriesmeyer@grglegal.com>
**Subject:** RE: FINRA Case ID 20-01110 Fidelity Brokerage Services LLC vs. Jennifer Allison Taylor

**CAUTION: This email originated from outside of the Firm. Do not click links or open attachments unless you recognize the sender and know the content is safe.**

---

Good afternoon,

FINRA is attempting to determine the status of the above-referenced matter. Please advise if this case can now proceed on the regular arbitration route.

Kind Regards,

Elodia Huicochea
Senior Case Specialist, Midwest Regional Office

---

**From:** Guerette, Susan <sguerette@fisherphillips.com>
**Sent:** Monday, November 8, 2021 5:32 PM

**To:** Huicochea, Elodia <Elodia.Huicochea@finra.org>; 'cgriesmeyer@grglegal.com' <cgriesmeyer@grglegal.com>
**Subject:** RE: FINRA Case ID 20-01110 Fidelity Brokerage Services LLC vs. Jennifer Allison Taylor

**EXTERNAL:** Verify sender before opening attachments or links.

Hi, yes, we do intend to pursue this case. Thank you.

**Susan M. Guerette**
**Attorney at Law**
Fisher & Phillips LLP
Two Logan Square | 12th Floor | 100 N. 18th Street | Philadelphia, PA 19103
sguerette@fisherphillips.com | O: (610) 230-2133 | F: (610) 230-2151

vCard [fisherphillips.com] [nam12.safelinks.protection.outlook.com] | Bio [fisherphillips.com] [nam12.safelinks.protection.outlook.com] | Website [fisherphillips.com] [nam12.safelinks.protection.outlook.com]

***On the Front Lines of Workplace Law℠***

*This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error, then immediately delete this message.*

**From:** Huicochea, Elodia <Elodia.Huicochea@finra.org>
**Sent:** Monday, November 8, 2021 1:21 PM
**To:** Guerette, Susan <sguerette@fisherphillips.com>; 'cgriesmeyer@grglegal.com' <cgriesmeyer@grglegal.com>
**Subject:** RE: FINRA Case ID 20-01110 Fidelity Brokerage Services LLC vs. Jennifer Allison Taylor

**CAUTION: This email originated from outside of the Firm. Do not click links or open attachments unless you recognize the sender and know the content is safe.**

Good morning,

FINRA is attempting to determine the status of the above-referenced matter. Please advise this office by **November 12, 2021** if you intend to pursue this matter.

Kind Regards,

**Elodia Huicochea**
Senior Case Specialist, Midwest Regional Office
FINRA Dispute Resolution Services
55 W. Monroe Street, Suite 2600
Chicago, Illinois 60603
Tel: 312-899-4422
E-Mail: Elodia.Huicochea@FINRA.org
DR Portal [nam12.safelinks.protection.outlook.com] [nam12.safelinks.protection.outlook.com]
Follow us on Twitter @FINRA [nam12.safelinks.protection.outlook.com] [nam12.safelinks.protection.outlook.com]

FINRA

**From:** Guerette, Susan <sguerette@fisherphillips.com>
**Sent:** Monday, September 27, 2021 11:53 AM
**To:** Huicochea, Elodia <Elodia.Huicochea@finra.org>; 'cgriesmeyer@grglegal.com' <cgriesmeyer@grglegal.com>
**Cc:** Guerette, Susan <sguerette@fisherphillips.com>
**Subject:** RE: FINRA Case ID 20-01110 Fidelity Brokerage Services LLC vs. Jennifer Allison Taylor

**EXTERNAL:** Verify sender before opening attachments or links.

Good morning, yes, Fidelity intends to pursue this matter. We are still awaiting a decision from the Court.

Regards,
Susan

**Susan M. Guerette**
**Attorney at Law**
Fisher & Phillips LLP
Two Logan Square | 12th Floor | 100 N. 18th Street | Philadelphia, PA 19103
sguerette@fisherphillips.com | O: (610) 230-2133 | F: (610) 230-2151

vCard [fisherphillips.com] [nam12.safelinks.protection.outlook.com] [nam12.safelinks.protection.outlook.com] | Bio [fisherphillips.com] [nam12.safelinks.protection.outlook.com] [nam12.safelinks.protection.outlook.com] | Website [fisherphillips.com] [nam12.safelinks.protection.outlook.com] [nam12.safelinks.protection.outlook.com]

***On the Front Lines of Workplace Law℠***

*This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error, then immediately delete this message.*

**From:** Huicochea, Elodia <Elodia.Huicochea@finra.org>
**Sent:** Monday, September 27, 2021 11:43 AM
**To:** Guerette, Susan <sguerette@fisherphillips.com>; 'cgriesmeyer@grglegal.com' <cgriesmeyer@grglegal.com>
**Subject:** RE: FINRA Case ID 20-01110 Fidelity Brokerage Services LLC vs. Jennifer Allison Taylor

Good morning,

FINRA is attempting to determine the status of the above-referenced matter. Please advise this case can now proceed office by **October 1, 2021** if you intend to pursue this matter.

Kind Regards,

**Elodia Huicochea**
Senior Case Specialist, Midwest Regional Office

FINRA Dispute Resolution Services
55 W. Monroe Street, Suite 2600
Chicago, Illinois 60603
Tel: 312-899-4422
E-Mail: Elodia.Huicochea@FINRA.org
DR Portal [nam12.safelinks.protection.outlook.com] [nam12.safelinks.protection.outlook.com] [nam12.safelinks.protection.outlook.com]
Follow us on Twitter @FINRA [nam12.safelinks.protection.outlook.com] [nam12.safelinks.protection.outlook.com] [nam12.safelinks.protection.outlook.com]

---

**From:** Huicochea, Elodia
**Sent:** Tuesday, September 21, 2021 11:00 AM
**To:** Guerette, Susan <sguerette@fisherphillips.com>; 'cgriesmeyer@grglegal.com' <cgriesmeyer@grglegal.com>
**Subject:** RE: FINRA Case ID 20-01110 Fidelity Brokerage Services LLC vs. Jennifer Allison Taylor

Good morning,

Please provide our office with an update with regards to the above mentioned matter.

Kind Regards,

**Elodia Huicochea**
Senior Case Specialist, Midwest Regional Office
FINRA Dispute Resolution Services
55 W. Monroe Street, Suite 2600
Chicago, Illinois 60603
Tel: 312-899-4422
E-Mail: Elodia.Huicochea@FINRA.org
DR Portal [nam12.safelinks.protection.outlook.com] [nam12.safelinks.protection.outlook.com] [nam12.safelinks.protection.outlook.com]
Follow us on Twitter @FINRA [nam12.safelinks.protection.outlook.com] [nam12.safelinks.protection.outlook.com] [nam12.safelinks.protection.outlook.com]

---

**From:** Huicochea, Elodia
**Sent:** Monday, July 26, 2021 11:26 AM
**To:** Guerette, Susan <sguerette@fisherphillips.com>; 'cgriesmeyer@grglegal.com' <cgriesmeyer@grglegal.com>
**Cc:** Dang-Vu, Khoi <Khoi.Dang-Vu@finra.org>
**Subject:** RE: FINRA Case ID 20-01110 Fidelity Brokerage Services LLC vs. Jennifer Allison Taylor

Good morning,

Please provide our office with an update with regards to the above mentioned matter.

Kind Regards,

**Elodia Huicochea**
Senior Case Specialist, Midwest Regional Office
FINRA Dispute Resolution Services
55 W. Monroe Street, Suite 2600
Chicago, Illinois 60603
Tel: 312-899-4422
E-Mail: Elodia.Huicochea@FINRA.org
DR Portal [nam12.safelinks.protection.outlook.com] [nam12.safelinks.protection.outlook.com] [nam12.safelinks.protection.outlook.com]
Follow us on Twitter @FINRA [nam12.safelinks.protection.outlook.com] [nam12.safelinks.protection.outlook.com] [nam12.safelinks.protection.outlook.com]

FINRA

---

**From:** Huicochea, Elodia
**Sent:** Monday, May 24, 2021 12:56 PM
**To:** Guerette, Susan <sguerette@fisherphillips.com>; 'cgriesmeyer@grglegal.com' <cgriesmeyer@grglegal.com>
**Cc:** Dang-Vu, Khoi <Khoi.Dang-Vu@finra.org>
**Subject:** RE: FINRA Case ID 20-01110 Fidelity Brokerage Services LLC vs. Jennifer Allison Taylor

Good morning,

FINRA is attempting to determine the status of the above-referenced matter. Please advise this office by **May 28, 2021** if you intend to pursue this matter.

Kind Regards,

Elodia Huicochea
Senior Case Specialist, Midwest Regional Office

---

**From:** Huicochea, Elodia
**Sent:** Wednesday, May 12, 2021 9:59 AM
**To:** Guerette, Susan <sguerette@fisherphillips.com>; 'cgriesmeyer@grglegal.com' <cgriesmeyer@grglegal.com>
**Cc:** Dang-Vu, Khoi <Khoi.Dang-Vu@finra.org>
**Subject:** FW: FINRA Case ID 20-01110 Fidelity Brokerage Services LLC vs. Jennifer Allison Taylor
**Importance:** High

Good morning,

Please provide our office with an update with regards to the above mentioned matter.

Kind Regards,

**Elodia Huicochea**
Senior Case Specialist, Midwest Regional Office
FINRA Dispute Resolution Services
55 W. Monroe Street, Suite 2600

Chicago, Illinois 60603
Tel: 312-899-4422
E-Mail: Elodia.Huicochea@FINRA.org
DR Portal [nam12.safelinks.protection.outlook.com] [nam12.safelinks.protection.outlook.com] [nam12.safelinks.protection.outlook.com]
Follow us on Twitter @FINRA [nam12.safelinks.protection.outlook.com] [nam12.safelinks.protection.outlook.com] [nam12.safelinks.protection.outlook.com]

FINRA

---

**From:** Huicochea, Elodia
**Sent:** Tuesday, May 4, 2021 1:30 PM
**To:** 'Guerette, Susan' <sguerette@fisherphillips.com>; 'cgriesmeyer@grglegal.com' <cgriesmeyer@grglegal.com>
**Cc:** Dang-Vu, Khoi <Khoi.Dang-Vu@finra.org>
**Subject:** RE: FINRA Case ID 20-01110 Fidelity Brokerage Services LLC vs. Jennifer Allison Taylor

Good afternoon,

Hope all is well. Please provide our office with an update with regards to the court proceeding for the above mentioned matter.

Kind Regards,

**Elodia Huicochea**
Senior Case Specialist, Midwest Regional Office
FINRA Dispute Resolution Services
55 W. Monroe Street, Suite 2600
Chicago, Illinois 60603
Tel: 312-899-4422
E-Mail: Elodia.Huicochea@FINRA.org
DR Portal [nam12.safelinks.protection.outlook.com] [nam12.safelinks.protection.outlook.com] [nam12.safelinks.protection.outlook.com]
Follow us on Twitter @FINRA [nam12.safelinks.protection.outlook.com] [nam12.safelinks.protection.outlook.com] [nam12.safelinks.protection.outlook.com]

FINRA

---

**From:** Guerette, Susan <sguerette@fisherphillips.com>
**Sent:** Tuesday, March 23, 2021 7:01 PM
**To:** Huicochea, Elodia <Elodia.Huicochea@finra.org>; 'cgriesmeyer@grglegal.com' <cgriesmeyer@grglegal.com>
**Cc:** Dang-Vu, Khoi <Khoi.Dang-Vu@finra.org>
**Subject:** RE: FINRA Case ID 20-01110 Fidelity Brokerage Services LLC vs. Jennifer Allison Taylor

**EXTERNAL:** Verify sender before opening attachments or links.

---

Good afternoon,

We are currently briefing injunctive relief in Court and then expect a determination.

Thank you.

Regards,
Susan

---

**From:** Huicochea, Elodia <Elodia.Huicochea@finra.org>
**Sent:** Tuesday, March 23, 2021 3:30 PM
**To:** Guerette, Susan <sguerette@fisherphillips.com>; 'cgriesmeyer@grglegal.com' <cgriesmeyer@grglegal.com>
**Cc:** Dang-Vu, Khoi <Khoi.Dang-Vu@finra.org>
**Subject:** RE: FINRA Case ID 20-01110 Fidelity Brokerage Services LLC vs. Jennifer Allison Taylor

Good afternoon,

To date FINRA has not received a status update regarding the court proceeding. Please provide a status update as soon as possible.

Kind Regards,

**Elodia Huicochea**
Senior Case Specialist, Midwest Regional Office
FINRA Dispute Resolution Services
55 W. Monroe Street, Suite 2600
Chicago, Illinois 60603
Tel: 312-899-4422
E-Mail: Elodia.Huicochea@FINRA.org
DR Portal [nam12.safelinks.protection.outlook.com] [nam12.safelinks.protection.outlook.com] [nam12.safelinks.protection.outlook.com] [nam12.safelinks.protection.outlook.com]
Follow us on Twitter @FINRA [nam12.safelinks.protection.outlook.com] [nam12.safelinks.protection.outlook.com] [nam12.safelinks.protection.outlook.com] [nam12.safelinks.protection.outlook.com]

---

**From:** Huicochea, Elodia
**Sent:** Thursday, March 4, 2021 9:19 AM
**To:** 'Guerette, Susan' <sguerette@fisherphillips.com>; cgriesmeyer@grglegal.com
**Cc:** Dang-Vu, Khoi <Khoi.Dang-Vu@finra.org>
**Subject:** RE: FINRA Case ID 20-01110 Fidelity Brokerage Services LLC vs. Jennifer Allison Taylor

Good morning,

Hope all is well. Please provide our office with an update with regards to the court proceeding for the above mentioned matter.

Kind Regards,

**Elodia Huicochea**
Senior Case Specialist, Midwest Regional Office
FINRA Dispute Resolution Services
55 W. Monroe Street, Suite 2600
Chicago, Illinois 60603
Tel: 312-899-4422
E-Mail: Elodia.Huicochea@FINRA.org
DR Portal [nam12.safelinks.protection.outlook.com] [nam12.safelinks.protection.outlook.com] [nam12.safelinks.protection.outlook.com] [nam12.safelinks.protection.outlook.com]
Follow us on Twitter @FINRA [nam12.safelinks.protection.outlook.com] [nam12.safelinks.protection.outlook.com] [nam12.safelinks.protection.outlook.com] [nam12.safelinks.protection.outlook.com]

---

**From:** Guerette, Susan <sguerette@fisherphillips.com>
**Sent:** Wednesday, January 27, 2021 10:55 AM
**To:** Dang-Vu, Khoi <Khoi.Dang-Vu@finra.org>; cgriesmeyer@grglegal.com
**Cc:** Huicochea, Elodia <Elodia.Huicochea@finra.org>
**Subject:** RE: FINRA Case ID 20-01110 Fidelity Brokerage Services LLC vs. Jennifer Allison Taylor

**EXTERNAL:** Verify sender before opening attachments or links.

---

Dear Khoi,

The Judge has set a briefing schedule on the request for injunctive relief and we will be following that schedule. We will let you know as soon as there is a decision by the Court. Thank you very much.

Regards,
Susan

**Susan M. Guerette**
**Attorney at Law**
Fisher & Phillips LLP
Two Logan Square | 12th Floor | 100 N. 18th Street | Philadelphia, PA 19103
sguerette@fisherphillips.com | O: (610) 230-2133 | F: (610) 230-2151

vCard [fisherphillips.com] [nam12.safelinks.protection.outlook.com] [nam12.safelinks.protection.outlook.com] [nam12.safelinks.protection.outlook.com] [nam12.safelinks.protection.outlook.com] | Bio [fisherphillips.com] [nam12.safelinks.protection.outlook.com] [nam12.safelinks.protection.outlook.com] [nam12.safelinks.protection.outlook.com] [nam12.safelinks.protection.outlook.com] | Website [fisherphillips.com] [nam12.safelinks.protection.outlook.com] [nam12.safelinks.protection.outlook.com] [nam12.safelinks.protection.outlook.com] [nam12.safelinks.protection.outlook.com]

***On the Front Lines of Workplace Law℠***

*This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error, then immediately delete this message.*

---

**From:** Dang-Vu, Khoi <Khoi.Dang-Vu@finra.org>
**Sent:** Wednesday, January 27, 2021 11:45 AM
**To:** cgriesmeyer@grglegal.com; Guerette, Susan <sguerette@fisherphillips.com>
**Cc:** Huicochea, Elodia <Elodia.Huicochea@finra.org>
**Subject:** FINRA Case ID 20-01110 Fidelity Brokerage Services LLC vs. Jennifer Allison Taylor

Dear Counsels,

I am following up on previous requests sent to you the last few months for an update regarding the status of the TRO in the above referenced matter. At your earliest convenience, please advise if there has been any update.

Best,

Khoi Dang-Vu

Khoi Dang-Vu
Case Administrator
FINRA Dispute Resolution Services
55 W. Monroe St., Ste. 2600
Chicago, IL 60603
312-899-4428 (phone)
Khoi.Dang-Vu@finra.org

Confidentiality Notice:: This email, including attachments, may include non-public, proprietary, confidential or legally privileged information. If you are not an intended recipient or an authorized agent of an intended recipient, you are hereby notified that any dissemination, distribution or copying of the information contained in or transmitted with this e-mail is unauthorized and strictly prohibited. If you have received this email in error, please notify the sender by replying to this message and permanently delete this e-mail, its attachments, and any copies of it immediately. You should not retain, copy or use this e-mail or any attachment for any purpose, nor disclose all or any part of the contents to any other person. Thank you.

## Zachary Mulcrone

| | |
|---|---|
| **From:** | Huicochea, Elodia <Elodia.Huicochea@finra.org> |
| **Sent:** | Wednesday, January 20, 2021 9:36 AM |
| **To:** | 'Guerette, Susan' |
| **Cc:** | Chris Griesmeyer |
| **Subject:** | RE: FINRA Case ID: 20-01110 Fidelity Brokerage Services LLC vs. Jennifer Allison Taylor |

Good morning,

Hope all is well. Please provide our office with an update with regards to the court proceeding for the above mentioned matter.

Kind Regards,

**Elodia Huicochea**
Senior Case Specialist, Midwest Regional Office
FINRA Dispute Resolution Services
55 W. Monroe Street, Suite 2600
Chicago, Illinois 60603
Tel: 312-899-4422
E-Mail: Elodia.Huicochea@FINRA.org
DR Portal
Follow us on Twitter @FINRA

---

**From:** Huicochea, Elodia
**Sent:** Thursday, January 7, 2021 12:39 PM
**To:** 'Guerette, Susan' <sguerette@fisherphillips.com>
**Cc:** 'Chris Griesmeyer' <cgriesmeyer@grglegal.com>
**Subject:** RE: FINRA Case ID: 20-01110 Fidelity Brokerage Services LLC vs. Jennifer Allison Taylor
**Importance:** High

Good afternoon,

Hope all is well. Please provide our office with an update with regards to the court proceeding for the above mentioned matter.

Kind Regards,

**Elodia Huicochea**
Senior Case Specialist, Midwest Regional Office
FINRA Dispute Resolution Services
55 W. Monroe Street, Suite 2600
Chicago, Illinois 60603
Tel: 312-899-4422
E-Mail: Elodia.Huicochea@FINRA.org

DR Portal
Follow us on Twitter @FINRA

---

**From:** Huicochea, Elodia
**Sent:** Wednesday, November 18, 2020 2:30 PM
**To:** 'Guerette, Susan' <sguerette@fisherphillips.com>
**Cc:** 'Chris Griesmeyer' <cgriesmeyer@grglegal.com>
**Subject:** RE: FINRA Case ID: 20-01110 Fidelity Brokerage Services LLC vs. Jennifer Allison Taylor

Good afternoon,

To date FINRA has not received a status update regarding the court proceeding. Please provide a status update as soon as possible.

Kind Regards,

Elodia Huicochea
Senior Case Specialist, Midwest Regional Office

---

**From:** Huicochea, Elodia
**Sent:** Thursday, November 5, 2020 1:31 PM
**To:** 'Guerette, Susan' <sguerette@fisherphillips.com>
**Cc:** 'Chris Griesmeyer' <cgriesmeyer@grglegal.com>
**Subject:** RE: FINRA Case ID: 20-01110 Fidelity Brokerage Services LLC vs. Jennifer Allison Taylor

Good afternoon,

Hope all is well. Please provide our office with an update with regards to the court proceeding for the above mentioned matter.

Kind Regards,

**Elodia Huicochea**
Senior Case Specialist, Midwest Regional Office
FINRA Dispute Resolution Services
55 W. Monroe Street, Suite 2600
Chicago, Illinois 60603
Tel: 312-899-4422
E-Mail: Elodia.Huicochea@FINRA.org
DR Portal
Follow us on Twitter @FINRA

**From:** Huicochea, Elodia
**Sent:** Monday, October 19, 2020 9:31 AM
**To:** 'Guerette, Susan' <sguerette@fisherphillips.com>
**Cc:** 'Chris Griesmeyer' <cgriesmeyer@grglegal.com>
**Subject:** RE: FINRA Case ID: 20-01110 Fidelity Brokerage Services LLC vs. Jennifer Allison Taylor

Good morning,

Hope all is well. Please provide our office with an update with regards to the court proceeding for the above mentioned matter.

Kind Regards,

**Elodia Huicochea**
Senior Case Specialist, Midwest Regional Office
FINRA Dispute Resolution Services
55 W. Monroe Street, Suite 2600
Chicago, Illinois 60603
Tel: 312-899-4422
E-Mail: Elodia.Huicochea@FINRA.org
DR Portal
Follow us on Twitter @FINRA

**From:** Huicochea, Elodia
**Sent:** Wednesday, September 30, 2020 8:26 AM
**To:** 'Guerette, Susan' <sguerette@fisherphillips.com>
**Cc:** 'Chris Griesmeyer' <cgriesmeyer@grglegal.com>
**Subject:** RE: FINRA Case ID: 20-01110 Fidelity Brokerage Services LLC vs. Jennifer Allison Taylor

Good morning,

Thank you for the update.

Kind Regards,

**Elodia Huicochea**
Senior Case Specialist, Midwest Regional Office
FINRA Dispute Resolution Services
55 W. Monroe Street, Suite 2600
Chicago, Illinois 60603
Tel: 312-899-4422
E-Mail: Elodia.Huicochea@FINRA.org
DR Portal
Follow us on Twitter @FINRA

FINRA

**From:** Guerette, Susan <sguerette@fisherphillips.com>
**Sent:** Tuesday, September 29, 2020 5:33 PM
**To:** Huicochea, Elodia <Elodia.Huicochea@finra.org>
**Cc:** 'Chris Griesmeyer' <cgriesmeyer@grglegal.com>
**Subject:** RE: FINRA Case ID: 20-01110 Fidelity Brokerage Services LLC vs. Jennifer Allison Taylor

**EXTERNAL:** Verify sender before opening attachments or links.

Elodia,

We are still proceeding in Court and have not yet obtained a decision on the pending injunction motion.

Regards,
Susan

**From:** Huicochea, Elodia <Elodia.Huicochea@finra.org>
**Sent:** Tuesday, September 29, 2020 4:41 PM
**To:** Guerette, Susan <sguerette@fisherphillips.com>
**Cc:** 'Chris Griesmeyer' <cgriesmeyer@grglegal.com>
**Subject:** RE: FINRA Case ID: 20-01110 Fidelity Brokerage Services LLC vs. Jennifer Allison Taylor

Good afternoon,

To date FINRA has not received a status update regarding the court proceeding. Please provide a status update as soon as possible.

Kind Regards,

**Elodia Huicochea**
Senior Case Specialist, Midwest Regional Office
FINRA Dispute Resolution Services
55 W. Monroe Street, Suite 2600
Chicago, Illinois 60603
Tel: 312-899-4422
E-Mail: Elodia.Huicochea@FINRA.org
DR Portal
Follow us on Twitter @FINRA [twitter.com]

FINRA

**From:** Huicochea, Elodia
**Sent:** Monday, September 21, 2020 3:35 PM
**To:** 'Guerette, Susan' <sguerette@fisherphillips.com>
**Cc:** 'Chris Griesmeyer' <cgriesmeyer@grglegal.com>
**Subject:** RE: FINRA Case ID: 20-01110 Fidelity Brokerage Services LLC vs. Jennifer Allison Taylor

Good afternoon,

Hope all is well. Please provide me with a status update for the above mentioned matter.

Kind Regards,

**Elodia Huicochea**
Senior Case Specialist, Midwest Regional Office
FINRA Dispute Resolution Services
55 W. Monroe Street, Suite 2600
Chicago, Illinois 60603
Tel: 312-899-4422
E-Mail: Elodia.Huicochea@FINRA.org
DR Portal
Follow us on Twitter @FINRA [twitter.com]

FINRA

**From:** Guerette, Susan <sguerette@fisherphillips.com>
**Sent:** Monday, August 24, 2020 7:03 PM
**To:** Huicochea, Elodia <Elodia.Huicochea@finra.org>
**Cc:** 'Chris Griesmeyer' <cgriesmeyer@grglegal.com>
**Subject:** RE: FINRA Case ID: 20-01110 Fidelity Brokerage Services LLC vs. Jennifer Allison Taylor

**EXTERNAL:** Verify sender before opening attachments or links.

Hi Elodia,

We do not yet have anything new to report on this case but we will let you know as soon as we do.

Regards,
Susan

**Susan M. Guerette**
**Attorney at Law**
Fisher & Phillips LLP
150 N. Radnor Chester Road | Suite C300 | Radnor, PA 19087
sguerette@fisherphillips.com | O: (610) 230-2133 | F: (610) 230-2151
vCard [fisherphillips.com] | Bio [fisherphillips.com] | Website [fisherphillips.com]

*On the Front Lines of Workplace Law℠*

*This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error, then immediately delete this message.*

---

**From:** Huicochea, Elodia <Elodia.Huicochea@finra.org>
**Sent:** Monday, August 24, 2020 5:52 PM
**To:** Guerette, Susan <sguerette@fisherphillips.com>
**Cc:** 'Chris Griesmeyer' <cgriesmeyer@grglegal.com>
**Subject:** RE: FINRA Case ID: 20-01110 Fidelity Brokerage Services LLC vs. Jennifer Allison Taylor

Good afternoon,

Hope all is well. Please provide me with a status update for the above mentioned matter.

Kind Regards,

**Elodia Huicochea**
Senior Case Specialist, Midwest Regional Office
FINRA Dispute Resolution Services
55 W. Monroe Street, Suite 2600
Chicago, Illinois 60603
Tel: 312-899-4422
E-Mail: Elodia.Huicochea@FINRA.org
DR Portal
Follow us on Twitter @FINRA [twitter.com]

FINRA

---

**From:** Huicochea, Elodia
**Sent:** Monday, August 17, 2020 12:55 PM
**To:** 'Guerette, Susan' <sguerette@fisherphillips.com>
**Cc:** 'Chris Griesmeyer' <cgriesmeyer@grglegal.com>
**Subject:** RE: FINRA Case ID: 20-01110 Fidelity Brokerage Services LLC vs. Jennifer Allison Taylor

Good afternoon,

Hope all is well. Please provide me with a status update for the above mentioned matter.

Kind Regards,

**Elodia Huicochea**
Senior Case Specialist, Midwest Regional Office
FINRA Dispute Resolution Services
55 W. Monroe Street, Suite 2600
Chicago, Illinois 60603
Tel: 312-899-4422
E-Mail: Elodia.Huicochea@FINRA.org
DR Portal

Follow us on Twitter @FINRA [twitter.com]

---

**From:** Huicochea, Elodia
**Sent:** Tuesday, August 4, 2020 3:55 PM
**To:** 'Guerette, Susan' <sguerette@fisherphillips.com>
**Cc:** 'Chris Griesmeyer' <cgriesmeyer@grglegal.com>
**Subject:** RE: FINRA Case ID: 20-01110 Fidelity Brokerage Services LLC vs. Jennifer Allison Taylor

Good afternoon,

Hope all is well. Please provide the date of the court hearing for the above mentioned matter.

Kind Regards,

**Elodia Huicochea**
Senior Case Specialist, Midwest Regional Office
FINRA Dispute Resolution Services
55 W. Monroe Street, Suite 2600
Chicago, Illinois 60603
Tel: 312-899-4422
E-Mail: Elodia.Huicochea@FINRA.org
DR Portal
Follow us on Twitter @FINRA [twitter.com]

---

**From:** Huicochea, Elodia
**Sent:** Friday, July 31, 2020 8:54 AM
**To:** 'Guerette, Susan' <sguerette@fisherphillips.com>
**Cc:** 'Chris Griesmeyer' <cgriesmeyer@grglegal.com>
**Subject:** RE: FINRA Case ID: 20-01110 Fidelity Brokerage Services LLC vs. Jennifer Allison Taylor

Good morning,

Hope all is well. Please provide the date of the court hearing for the above mentioned matter.

Kind Regards,

**Elodia Huicochea**
Senior Case Specialist, Midwest Regional Office
FINRA Dispute Resolution Services
55 W. Monroe Street, Suite 2600
Chicago, Illinois 60603

Tel: 312-899-4422
E-Mail: Elodia.Huicochea@FINRA.org
DR Portal
Follow us on Twitter @FINRA [twitter.com]

FINRA

---

**From:** Huicochea, Elodia
**Sent:** Tuesday, July 21, 2020 2:03 PM
**To:** 'Guerette, Susan' <sguerette@fisherphillips.com>
**Cc:** 'Chris Griesmeyer' <cgriesmeyer@grglegal.com>
**Subject:** RE: FINRA Case ID: 20-01110 Fidelity Brokerage Services LLC vs. Jennifer Allison Taylor

Good afternoon,

Hope all is well. Please provide me with a status update for the above mentioned matter.

Kind Regards,

**Elodia Huicochea**
Senior Case Specialist, Midwest Regional Office
FINRA Dispute Resolution Services
55 W. Monroe Street, Suite 2600
Chicago, Illinois 60603
Tel: 312-899-4422
E-Mail: Elodia.Huicochea@FINRA.org
DR Portal
Follow us on Twitter @FINRA [twitter.com]

FINRA

---

**From:** Huicochea, Elodia
**Sent:** Thursday, July 2, 2020 9:49 AM
**To:** 'Guerette, Susan' <sguerette@fisherphillips.com>
**Cc:** 'Chris Griesmeyer' <cgriesmeyer@grglegal.com>
**Subject:** RE: FINRA Case ID: 20-01110 Fidelity Brokerage Services LLC vs. Jennifer Allison Taylor

Good morning,

Thank you for the update.

Have a good weekend!

Kind Regards,

**Elodia Huicochea**

Senior Case Specialist, Midwest Regional Office
FINRA Dispute Resolution Services
55 W. Monroe Street, Suite 2600
Chicago, Illinois 60603
Tel: 312-899-4422
E-mail: Elodia.Huicochea@FINRA.org
DR Portal
Follow us on Twitter @FINRA_DR [twitter.com]

---

**From:** Guerette, Susan <sguerette@fisherphillips.com>
**Sent:** Thursday, July 2, 2020 9:46 AM
**To:** Huicochea, Elodia <Elodia.Huicochea@finra.org>
**Cc:** 'Chris Griesmeyer' <cgriesmeyer@grglegal.com>
**Subject:** RE: FINRA Case ID: 20-01110 Fidelity Brokerage Services LLC vs. Jennifer Allison Taylor

**EXTERNAL:** Verify sender before opening attachments or links.

---

Nothing new to report.

**Susan M. Guerette**
**Attorney at Law**
Fisher & Phillips LLP
150 N. Radnor Chester Road | Suite C300 | Radnor, PA 19087
sguerette@fisherphillips.com | O: (610) 230-2133 | F: (610) 230-2151

vCard [fisherphillips.com] | Bio [fisherphillips.com] | Website [fisherphillips.com]

***On the Front Lines of Workplace Law℠***

*This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error, then immediately delete this message.*

---

**From:** Huicochea, Elodia <Elodia.Huicochea@finra.org>
**Sent:** Thursday, July 2, 2020 10:45 AM
**To:** Guerette, Susan <sguerette@fisherphillips.com>
**Cc:** 'Chris Griesmeyer' <cgriesmeyer@grglegal.com>
**Subject:** RE: FINRA Case ID: 20-01110 Fidelity Brokerage Services LLC vs. Jennifer Allison Taylor

Good morning,

Please provide me with a status update for the above mentioned matter.

Kind Regards,

**Elodia Huicochea**

Senior Case Specialist, Midwest Regional Office
FINRA Dispute Resolution Services
55 W. Monroe Street, Suite 2600
Chicago, Illinois 60603
Tel: 312-899-4422
E-mail: Elodia.Huicochea@FINRA.org
DR Portal
Follow us on Twitter @FINRA_DR [twitter.com]

FINRA

---

**From:** Huicochea, Elodia
**Sent:** Friday, June 12, 2020 10:15 AM
**To:** 'Guerette, Susan' <sguerette@fisherphillips.com>
**Cc:** 'Chris Griesmeyer' <cgriesmeyer@grglegal.com>
**Subject:** RE: FINRA Case ID: 20-01110 Fidelity Brokerage Services LLC vs. Jennifer Allison Taylor

Thank you for the update.

Kind Regards,

**Elodia Huicochea**
Senior Case Specialist, Midwest Regional Office
FINRA Dispute Resolution Services
55 W. Monroe Street, Suite 2600
Chicago, Illinois 60603
Tel: 312-899-4422
E-mail: Elodia.Huicochea@FINRA.org
DR Portal
Follow us on Twitter @FINRA_DR [twitter.com]

FINRA

---

**From:** Guerette, Susan <sguerette@fisherphillips.com>
**Sent:** Friday, June 12, 2020 10:10 AM
**To:** Huicochea, Elodia <Elodia.Huicochea@finra.org>
**Cc:** 'Chris Griesmeyer' <cgriesmeyer@grglegal.com>; Guerette, Susan <sguerette@fisherphillips.com>
**Subject:** RE: FINRA Case ID: 20-01110 Fidelity Brokerage Services LLC vs. Jennifer Allison Taylor

**EXTERNAL:** Verify sender before opening attachments or links.

---

Ms. Huichochea,

The parties are still proceeding in Court and an injunctive order has not been issued at this time.

Have a good weekend.

Regards,
Susan

***Office Move Notice: The Philadelphia Office of Fisher Phillips is moving. As of Monday, June 15th, our new location will be:***
***Two Logan Square, 12th Floor, 100 N. 18th Street, Philadelphia, PA 19103. Phone numbers will be unchanged. Thank you.***

**Susan M. Guerette**
**Attorney at Law**
Fisher & Phillips LLP
150 N. Radnor Chester Road | Suite C300 | Radnor, PA 19087
sguerette@fisherphillips.com | O: (610) 230-2133 | F: (610) 230-2151

vCard [fisherphillips.com] | Bio [fisherphillips.com] | Website [fisherphillips.com]

***On the Front Lines of Workplace Law℠***

*This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error, then immediately delete this message.*

---

**From:** Huicochea, Elodia <Elodia.Huicochea@finra.org>
**Sent:** Thursday, June 11, 2020 1:29 PM
**To:** Guerette, Susan <sguerette@fisherphillips.com>
**Cc:** 'Chris Griesmeyer' <cgriesmeyer@grglegal.com>
**Subject:** RE: FINRA Case ID: 20-01110 Fidelity Brokerage Services LLC vs. Jennifer Allison Taylor

Good afternoon,

Please provide me with a status update for the above mentioned matter.

Kind Regards,

**Elodia Huicochea**
Senior Case Specialist, Midwest Regional Office
FINRA Dispute Resolution Services
55 W. Monroe Street, Suite 2600
Chicago, Illinois 60603
Tel: 312-899-4422
E-mail: Elodia.Huicochea@FINRA.org
DR Portal
Follow us on Twitter @FINRA_DR [twitter.com]

FINRA

**From:** Huicochea, Elodia
**Sent:** Tuesday, June 2, 2020 12:48 PM
**To:** 'Guerette, Susan' <sguerette@fisherphillips.com>
**Cc:** Chris Griesmeyer <cgriesmeyer@grglegal.com>
**Subject:** RE: FINRA Case ID: 20-01110 Fidelity Brokerage Services LLC vs. Jennifer Allison Taylor

Good afternoon,

Please provide me with a status update for the above mentioned matter.

Kind Regards,

**Elodia Huicochea**
Senior Case Specialist, Midwest Regional Office
FINRA Dispute Resolution Services
55 W. Monroe Street, Suite 2600
Chicago, Illinois 60603
Tel: 312-899-4422
E-mail: Elodia.Huicochea@FINRA.org
DR Portal
Follow us on Twitter @FINRA_DR [twitter.com]

**From:** Guerette, Susan <sguerette@fisherphillips.com>
**Sent:** Tuesday, May 5, 2020 10:12 AM
**To:** Huicochea, Elodia <Elodia.Huicochea@finra.org>
**Cc:** Chris Griesmeyer <cgriesmeyer@grglegal.com>; Guerette, Susan <sguerette@fisherphillips.com>
**Subject:** RE: FINRA Case ID: 20-01110 Fidelity Brokerage Services LLC vs. Jennifer Allison Taylor

**EXTERNAL:** Verify sender before opening attachments or links.

Ms. Huicochea,

An injunction has not been issued, I will let you know if the Court enters one.

FYI Ms. Taylor is represented by Christopher Griesmeyer (contact information below and also copied on this email).

Regards,
Susan

**Christopher S. Griesmeyer**
**GREIMAN, ROME & GRIESMEYER, LLC**
Two North LaSalle, Suite 1601

Chicago, Illinois 60602
(312) 428-2741 (Direct)
(312) 339-7439 (Mobile)

GRG
GREIMAN, ROME & GRIESMEYER, LLC
business advisors. litigation professionals.

---

**From:** Huicochea, Elodia <Elodia.Huicochea@finra.org>
**Sent:** Tuesday, May 5, 2020 10:41 AM
**To:** Guerette, Susan <sguerette@fisherphillips.com>
**Subject:** RE: FINRA Case ID: 20-01110 Fidelity Brokerage Services LLC vs. Jennifer Allison Taylor

Good morning,

Please provide me with the status of the preliminary injunction for the above mentioned matter.

Kind Regards,

**Elodia Huicochea**
Senior Case Specialist, Midwest Regional Office
FINRA Dispute Resolution Services
55 W. Monroe Street, Suite 2600
Chicago, Illinois 60603
Tel: 312-899-4422
E-mail: Elodia.Huicochea@FINRA.org
DR Portal
Follow us on Twitter @FINRA_DR [twitter.com]

FINRA

Confidentiality Notice:: This email, including attachments, may include non-public, proprietary, confidential or legally privileged information. If you are not an intended recipient or an authorized agent of an intended recipient, you are hereby notified that any dissemination, distribution or copying of the information contained in or transmitted with this e-mail is unauthorized and strictly prohibited. If you have received this email in error, please notify the sender by replying to this message and permanently delete this e-mail, its attachments, and any copies of it immediately. You should not retain, copy or use this e-mail or any attachment for any purpose, nor disclose all or any part of the contents to any other person. Thank you.